**FILED**

JUN 2 0 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| JOHNNY SESSON II, | ) |
| Defendant. | ) |

# 4:19CR470 RWS/JMB

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about April 13, 2019, in St. Charles County, within the Eastern District of Missouri,

**JOHNNY SESSON II,**

the Defendant herein, in connection with the attempted acquisition of a Stevens 12-gauge shotgun from Quincy Farm Supply Co. doing business as Farm & Home Supply ("Farm & Home Supply"), a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made and furnished a false and fictitious written statement to Farm & Home Supply intended and likely to deceive Farm & Home Supply with respect to one or more facts material to the lawfulness of the sale of the said firearm to the Defendant under chapter 44 of Title 18, in that the Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that Defendant had never been convicted in any court of a felony or any other crime for which the judge could have imprisoned Defendant for more than one year.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JAMES REDD, #66172MO
Assistant United States Attorney